#### 99–450. Christe v. GMS Mgt. Co.

Summit App. No. 18992. Discretionary appeal allowed; *sua sponte,* cause consolidated with 99–926, *supra.*

F.E. Sweeney and Pfeifer, JJ., dissent.

Resnick, J., not participating.